IN THE UNI TED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRIAN BRESSAN and STEPHANIE BRESSAN, | ) ) ) |
| Plaintiffs, | ) ) ) Case No. 18-CV-1479-SMY-RJD |
| vs. | ) ) |
| CAPITAL ONE BANK, (USA), N.A., EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC. and TRANSUNION, LLC, | ) ) ) ) ) ) |
| Defendants. | ) |

# MEMORANDUM AND ORDER

This matter is before the Court for case management purposes. On January 23, 2019, Plaintiffs Brian and Stephanie Bressan filed a "Notice of Settlement" as to Defendant Equifax Information Services, LLC. (Doc. 36). On the same day, Plaintiffs filed a Stipulation of Dismissal as to Defendants Capital One Bank (USA), N.A. and TransUnion LLC, pursuant to Federal Rule of Civil Procedure 41 (Doc. 37).

The parties previously were admonished that Rule 41 allows for voluntary dismissals under certain circumstances, but the rule is circumscribed to dismissals of "actions," not "parties" or "claims," meaning that the rule should not be used to cleave away one claim or one party from a larger case. (Doc. 34); *See Taylor v. Brown*, 787 F.3d 851, 857-58 (7th Cir. 2015). Upon further consideration, while the Court acknowledges the plain reading of the rule, given the number of Defendants, it finds that dismissing Defendants Capital One Bank (USA), N.A. and TransUnion LLC pursuant to Rule 41(a)(1)(A)(ii) is appropriate in this case. *See Madsen v. Park City*, 6 F. Supp. 2d 938, 943 (N.D. Ill. 1998) ("In a multiple defendant case, it is permissible to voluntarily

dismiss just some of the defendants."). Capital One Bank (USA), N.A. and TransUnion LLC are therefore **DISMISSED with prejudice.**

As to Plaintiffs' Notice of Settlement with respect to Defendant Equifax Information Services, LLC, a 60 day Order shall enter, indicating that the claims against this Defendant will be dismissed with prejudice unless some affirmative action is taken by the parties within that time period. All deadlines and hearings as to Equifax Information Services, LLC are hereby **VACATED**.

**IT IS SO ORDERED.**

**DATED: February 14, 2019**

**s/ Staci M. Yandle**
**STACI M. YANDLE**
**United States District Judge**