IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BRIAN BRESSAN and STEPHANIE
BRESSAN,

      Plaintiffs,

  vs.

EQUIFAX INFORMATION SERVICES,
LLC, et al.,

      Defendants.

Case No. 18-cv-1479-SMY-RJD

**ORDER**

The parties have informed the Court that the above action has been settled **as to Defendant Equifax Information Services, LLC.** but that additional time is needed to consummate the settlement. Accordingly, the Clerk of Court is **DIRECTED** to enter judgment dismissing this Defendant with prejudice and without costs 60 days from the date of this Order. Should the parties fail to consummate settlement within 60 days, they may petition the Court to delay entry of judgment. Further, and in light of the parties' settlement, the Court **DENIES AS MOOT** all pending motions and **VACATES** all deadlines and hearings **as to Equifax Information Service, LLC.**

     **IT IS SO ORDERED**.

     **DATED: February 14, 2019**

                           **/s/ Staci M. Yandle**
                           **STACI M. YANDLE**
                           **DISTRICT JUDGE**